IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

TIMOTHY O'HERN, SEMYON RODKIN, and
DOMINIC CARDINALE, Individually and On Behalf
of All Others Similarly Situated,

                    Plaintiffs,

vs.                                              Case No. 1:21-cv-00402-LPS

VIDA LONGEVITY FUND, LP, VIDA
MANAGEMENT I, LLC, VIDA CAPITAL
MANAGEMENT, LLC, VIDA CAPITAL, INC.,
VIDA CAPITAL, LLC and JEFFREY R. SERRA,

                    Defendants.

---------------------------------------------------------------x

## JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

Plaintiffs Timothy O'Hern, Semyon Rodkin, and Dominic Cardinale ("Plaintiffs") and Defendants Vida Longevity Fund, LP, Vida Management I, LLC, Vida Capital Management, LLC, Vida Capital, Inc., Vida Capital, LLC, and Jeffrey R. Serra ("Defendants" and, collectively with Plaintiffs, the "Parties") jointly stipulate and agree as follows:

1. On March 19, 2021, Plaintiffs filed the Complaint in this action. ECF No. 1.

2. On June 17, 2021, Defendants executed waivers of service pursuant to Fed. R. Civ. P. 4(d), extending the deadline to respond to the Complaint to and including August 16, 2021. ECF Nos. 5–10.

3. On August 16, 2021, the Parties jointly stipulated and agreed to extend the time for Defendants to respond to the Complaint to and including December 14, 2021 in view of their

discussions as to appropriate next steps in the matter and to explore potential mediation. ECF No. 12. The Court entered an order approving the stipulation on August 17.

4. The Parties are continuing their discussions as to appropriate next steps in the matter and through mediation. To avoid both incurring unnecessary fees and costs for the Parties and imposing unnecessary burdens upon the Court—and in view of the upcoming holidays—the Parties hereby stipulate and agree that Defendants' time to respond to the Complaint shall be extended by an additional 2 months to and including Monday, February 14, 2022.

5. The Parties have stipulated and agreed to extend the time for Defendants to respond to the Complaint in good faith to pursue their continued discussions, and no party will be prejudiced by this extension. For the avoidance of doubt, Defendants do not waive and instead expressly reserve any and all of their rights, claims, and defenses.

WHEREFORE, the Parties hereby stipulate and agree Defendants' time to respond to the Complaint is extended by 2 months to and including February 14, 2022.

Dated: December 10, 2021

| */s/ Gina M. Serra* | */s/ Catherine G. Dearlove* |
|---|---|
| Gina M. Serra (#5387)<br>Rigrodsky Law, P.A.<br>300 Delaware Avenue<br>Suite 210<br>Wilmington, DE 19801<br>302-295-5306<br>Email: gms@rl-legal.com<br><br>*Attorneys for Plaintiffs* | Catherine G. Dearlove (#3328)<br>Matthew W. Murphy (#5938)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>Email: Dearlove@rlf.com<br>Email: Murphy@rlf.com<br><br>*Attorneys for Defendants* |

SO ORDERED:

Dated: December ____, 2021

_____
Honorable Leonard P. Stark
United States District Judge